FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2017 DEC -1  PM 12: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

AARON EDGERTON, on behalf of himself
and others similarly situated,

    Plaintiff,

vs.                                              CASE NO.

                                              2:17-cv-661-FtM-29MRM

ADVANCED DISPOSAL SERVICES, INC., a
Florida Corporation,

    Defendant.
_____/

## MOTION TO PROCEED *IN FORMA PAUPERIS* WITH INCORPORATED MEMORANDUM OF LAW

    COMES NOW Plaintiff, AARON EDGERTON, by and through the undersigned counsel, and files this motion to proceed *in forma pauperis* and states the following:

1. Plaintiff is seeking to proceed *in forma pauperis* pursuant to 28 USC § 1915 which states,

> (a)
> (1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

2. Plaintiff has completed an Application to Proceed Without Prepayment of Costs and an Affidavit of Indigency and asks the Court to use its discretion to reduce the financial demands on the plaintiff because he has been off work since September 19, 2017 with a work related injury and has no funds for prepayment of costs to his counsel.

3. In *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 342, 69 S.Ct. 85, 90 (1948), a Fair Labor Standards Act case, the Court stated, "no citizen shall be denied an opportunity to commence, prosecute, or defend an action, civil or criminal, 'in any court of the United States' solely because . . . [lack of funds] makes it impossible . . . to pay or secure the costs [of litigation]."

4. Other FLSA cases were approved to proceed *in forma pauperis* in the U.S. District Court Middle District of Florida where the employee is represented by counsel. See *Herrera v. United States Service Industries*, Case 2:12-cv-258-FtM-29DNF Order dated May 17, 2012; *Lawrence v. SAI Shyam Hotels, et al.*, Case 2:12-cv-348-FtM-29DNF Order dated July 5, 2012; and *Massey v. Tobler Construction, Inc., et al.*, Order dated August 10, 2012.

5. Most Social Security disability and SSI cases are filed *in forma pauperis* where the plaintiff is represented by counsel pursuant to 28 U.S. § 1915. See *McGriffen v. Commissioner Social Security*, Case 2:11-cv-00304-JES-SPC, Order dated May 24, 2011; *Tedrick v. Commissioner of Social Security*, Case 5:12-cv-00190-WTH-TBS, Order dated April 23, 2012; *Schnupp v. Commissioner of Social Security*, Case 2:12-cv-00226-JES-SPC, Order dated April 24, 2012; *Estelle v. Commissioner of Social Security*, Case 2:11-cv-00337-UA-SPC, Order dated June 10, 2011; and *Tompkins v. Commissioner of Social Security*, Case 5:11-cv-00605-WTH-PRL Order dated November 9, 2011.

6. In *Owens v. Commissioner of Social Security*, Case No. 2:10-cv-00632-DNF for an Appeal to the 11th Circuit Court of Appeals an Order granting plaintiff's motion to proceed *in forma pauperis* was granted on June 19, 2012.

WHEREFORE, Plaintiff respectfully requests the Court Grant his motion to proceed *in forma pauperis.*

Respectfully submitted on this 30th day of November 2017.

BERKE LAW FIRM, P.A.

By: _____
Bill B. Berke, Esq.
Florida Bar No. 0558011
berkelaw@yahoo.com
4423 Del Prado Blvd. S.
Cape Coral, FL 33904
Telephone: (239) 549-6689
*Attorneys for Plaintiff*

3