UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON EDGERTON, on behalf of himself
and others similarly situtated,

    Plaintiff,

v.                                          Case No:   2:17-cv-661-FtM-29MRM

ADVANCED DISPOSAL SERVICES,
INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is Aaron Edgerton's Motion to Proceed *In Forma Pauperis* (Doc. 2); Affidavit of Indigency (Doc. 3); and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 4) filed on December 1, 2017.  Plaintiff requests leave to proceed *in forma pauperis*, which is without prepayment of fees.  The Court has carefully reviewed Plaintiff's submissions pursuant to 28 U.S.C. § 1915.  According to these submissions, Plaintiff qualifies to proceed *in forma pauperis.*

**IT IS HEREBY ORDERED:**

1)     The Motion to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

2)     The Clerk of Court is directed to file all pleadings in this cause without prepayment of costs.

3)     Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order to prepare and forward the completed service documents along with sufficient copies of the Complaint to the Clerk of Court for service by the United States Marshals Service.  Upon receipt of

appropriate instructions in proper form from the Clerk of Court, the United States Marshals Service is directed to effect service of process without prepayment of costs or fees.

    4)      Failure to provide these documents within the time period ordered above will cause the Court to recommend that this action be dismissed.

    5)      If Plaintiff prevails in this action, Plaintiff will be required to reimburse the Court for the costs in this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 4, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties