USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
2018 JAN 11 PM 3:50
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

| | |
|---|---|
| PLAINTIFF: AARON EDGERTON | COURT CASE NUMBER: 2:17-cv-00661 |
| DEFENDANT: ADVANCED DISPOSAL SERVICES, INC. | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ADVANCED DISPOSAL SERVICES, INC. By Serving Registered Agent: C T CORPORATION SYSTEM
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Bill B. Berke, Esq.
BERKE LAW FIRM, P.A.
4423 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 549-6689

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

2017 DEC 20

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (239) 549-6689
DATE: 12/14/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 18
District to Serve No. 04
Signature of Authorized USMS Deputy or Clerk
Date: 1-8-18

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above):
DONNA MOCH, SR. OPS. COMPL. MANAGER

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1-10-18   Time: 12:30 pm

Signature of U.S. Marshal or Deputy
STEINBACH #3970

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $11.88 | $8- | $84.88 | | $0.00 |

REMARKS: Forwarded S/FL

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-661

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADVANCED DISPOSAL SERVICES INC
was received by me on *(date)* 1-8-18 . c/o CT CORPORATION SYSTEM

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DONNA MOFF SR. CORP OPS MNGR , who is
designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM on *(date)* 1-10-18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-10-18

*Server's signature*

DAVID STEINBERG DUSM #3591

United States Marshals Service
299 E. Broward Boulevard
Room 312
Ft. Lauderdale, FL 33301

*Server's address*

Additional information regarding attempted service, etc: